No. D–315.   IN RE DISBARMENT OF COBURN.   Disbarment entered.   [For earlier order herein, see 459 U. S. 1141.]

No. D–320.   IN RE DISBARMENT OF RUBENSTEIN. J. Mortimer Rubenstein, of Cliffside Park, N. J., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.   The rule to show cause, heretofore issued on February 28, 1983 [*ante*, p. 1009], is hereby discharged.

No. 81–984.   FIRST NATIONAL CITY BANK *v.* BANCO PARA EL COMERCIO EXTERIOR DE CUBA.   C. A. 2d Cir.   [Certiorari granted, 459 U. S. 942.]   Motion of the Solicitor General to permit Richard G. Wilkins, Esquire, to present oral argument *pro hac vice* on behalf of the United States as *amicus curiae* granted.

No. 81–1271.   FALLS CITY INDUSTRIES, INC. *v.* VANCO BEVERAGE, INC.   C. A. 7th Cir.   [Certiorari granted, 455 U. S. 988.]   Motion of respondent for leave to file second supplemental brief after argument denied.

No. 81–2386.   DELCOSTELLO *v.* INTERNATIONAL BROTHERHOOD OF TEAMSTERS ET AL.   C. A. 4th Cir.   [Certiorari granted, 459 U. S. 1034.]   Motion of respondent Anchor Motor Freight, Inc., for special permission to divide oral argument denied.

No. 82–242.   BURFORD, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY *v.* SIERRA CLUB ET AL.   C. A. D. C. Cir.   [Certiorari granted *sub nom. Gorsuch* v. *Sierra Club*, 459 U. S. 942.]   Motion of respondent Environmental Defense Fund for reconsideration of order of February 22, 1983 [459 U. S. 1197], denying leave to file motion for divided argument out of time denied.